UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,
    Plaintiff,

vs.                                        CASE NO. 1:18-cv-08369-VSB

GRAVY NEW YORK, LLC, a New York
limited liability company, d/b/a
HARDINGS NYC, and 30 EAST 21ST
STREET OWNERS CORPORATION, a
New York corporation,
    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    COME NOW, Plaintiff, LUIGI GIROTTO, and Defendant, 30 EAST 21ST STREET OWNERS CORPORATION, a New York corporation, by and through their respective undersigned counsel, pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, with prejudice, with regard to 30 EAST 21ST STREET OWNERS CORPORATION, ONLY. Each party shall bear their own attorneys' fees and costs.

    Dated: This 19th day of August, 2019.

By: _____
    Robert J. Mirel, Esq.
    The Weitz Law Firm, P.A.
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: rjm@weitzfirm.com
    *Attorneys for Plaintiff*

By: _____
    Andreas E. Theodosiou, Esq.
    Braverman Greenspun, P.C.
    110 East 42nd St
    New York, NY 10017
    Telephone: (212) 682-2900
    Facsimile: (212) 682-7718
    Email: atheodosiou@braverlaw.net
    *Attorneys for Defendant,*
    *30 EAST 21ST STREET OWNERS*
    *CORPORATION*

SO ORDERED:

_____
Vernon S. Broderick, U.S.D.J.